# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT BOWLING GREEN

## CRIMINAL ACTION NO. 1:09CR-00026-TBR-(13)

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**VS.**

**SHAMONICA LEIGH JONES**                                        **DEFENDANT**

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Rule 11, Federal Rules of Criminal Procedure, and has entered a plea of guilty to Counts 1, 29, 30, 31, 32, 33, 34, 35 and 41 of the Third Superseding Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. I, therefore, recommend that the plea of **GUILTY** be accepted and that the Defendant be adjudged **GUILTY** and have sentence imposed accordingly.

ENTERED this

## **NOTICE**

Failure to file written objections to this Report and Recommendation within (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. 636(b)(1)(B).

Date of Service:

Copies to: Counsel of Record
US Marshal
US Probation
Ms. Kelly Harris, Case Manager